UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| QSL CORPORATION and CKQ DESIGNS, INC., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. |
| CURRENT INC. | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' CORPORATE DISCLOSURE**

Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

QSL CORPORATION and
CKQ DESIGNS, INC.

_____
John L. Welch, BBO No. 522,040
Ian J. McLoughlin, BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

Dated: September 13, 2005

FHBOSTON/2388190.1

- 1 -