UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV -8 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

QSL CORPORATION and
CKQ DESIGNS, INC.

       Plaintiffs,

v.

CURRENT, INC.,

       Defendant.

CIVIL ACTION No.
05-11848-JLT

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC., by its undersigned attorneys, hereby give notice of the dismissal, without prejudice, of the above-referenced action.

                              QSL CORPORATION and
                              CKQ DESIGNS, INC.,

                              _____
                              John L. Welch, BBO No. 522,040
                              Ian J. McLoughlin, BBO No. 647,203
                              FOLEY HOAG LLP
                              155 Seaport Boulevard
                              Boston, MA 02210
                              617/832-1000

Dated: **November 8, 2005**